**Eugene R. WELLS, Suing as Designated Agent, etc., Appellant, v. FORD, BACON & DAVIS, Inc., Appellee.**

**No. 9770.**

Circuit Court of Appeals, Sixth Circuit.

Oct. 18, 1944.

Guy C. Shearer, of Louisville, Ky., and Robert Bibb Hardison, of Washington, D. C., for appellants.

Bullitt & Middleton, of Louisville, Ky., for appellee.

Before SIMONS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed for reasons adequately stated in the opinion of the District Judge.